UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x

| | | |
|---|---|---|
| COMMERCIAL TENANT SERVICES, INC., | : | 20-Cv-9756 (SHS) |
| Plaintiff, | : | |
| -v- | : | ORDER |
| PENSKE BUSINESS MEDIA, LLC, | : | |
| Defendant. | : | |

---------------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

A teleconference having been held today, with counsel for all parties participating,

IT IS HEREBY ORDERED that there will be a status conference on September 9, 2021, at 2:30 p.m.

Dated: New York, New York
May 28, 2021

SO ORDERED:

Sidney H. Stein, U.S.D.J.