UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x

COMMERCIAL TENANT SERVICES, INC.,           :        20-Cv-9756 (SHS)

                Plaintiff,                :

           -v-                                    :        ORDER

PENSKE BUSINESS MEDIA, LLC,                    :

                Defendant.              :

-------------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

      A teleconference having been held today, with counsel for all parties participating,

      IT IS HEREBY ORDERED that:

      1.    The motion schedule remains as set forth in the Order dated January 13, 2021 [Doc. No. 9]; and

      2.    The Court will hear oral argument on the motions on November 9, 2021, at 10:00 a.m., in Courtroom 23A.

Dated: New York, New York
       September 9, 2021

                                                SO ORDERED:

                                                Sidney H. Stein, U.S.D.J.